### ATTACHMENT A: STATEMENT OF FACTS – OLUWASEUN SANYA

*The parties hereby stipulate and agree that if this matter had gone to trial the government would have proven the following facts through competent evidence beyond a reasonable doubt. The parties also stipulate and agree that the following facts do not encompass all of the evidence which would have been presented had this matter gone to trial, but that these facts are sufficient to establish the elements of the crime charged beyond a reasonable doubt.*

Defendant **OLUWASEUN SANYA** ("**SANYA**"), **Dimitria Limnios** ("**Limnios**"), Co-Conspirator A, Co-Conspirator B, and others knowingly and willfully conspired to commit an offense against the United States, namely, to knowingly and with intent to defraud, effect transactions with one or more access devices issued to another person or persons, to receive payment and any other thing of value, during any one-year period, the aggregate value of which was equal to or greater than $1,000, in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 1029(a)(5).

Beginning in at least 2010, **SANYA** began overseeing a credit card skimming operation. Under this scheme, **SANYA** recruited employees at various local restaurants and other places of business to steal the credit card information of their customers using small electronic devices known as a skimmers that **SANYA** had provided to them. The customer's credit card data constituted an "access device," as defined in Title 18, United States Code, Section 1029(e)(1). This stolen data was then unlawfully loaded onto gift cards, including American Express gift cards, or unlawfully encoded onto other credit and/or debit cards through the use of "device-making equipment," as defined in Title 18, United States Code, Section 1029(e)(6). The members of the scheme fraudulently used the re-encoded gift, credit, and/or debit cards to make purchases at area businesses, which merchandise the co-conspirators later returned to those businesses in exchange for cash.[1]

Specifically, defendant **SANYA** instructed **Limnios** and other individuals to make numerous purchases of gift cards at stores in Maryland, including at Giant, Safeway, and Shopper's Food Warehouse, using access devices that **SANYA** knew to be counterfeit. The conspirators then used these gift cards at local retail stores to purchase merchandise. That merchandise was later returned to the retail store in exchange for United States currency. In this way, the conspirators were able to convert hundreds of thousands of dollars of gift cards purchased with stolen access device information into cash.

Several examples of fraudulent purchases made by **SANYA**'s co-conspirators, at his direction, are as follows:

- On or about August 16, 2011, Co-Conspirator A used a counterfeit access device containing a stolen credit card account number ending in -7018 and belonging to Victim A, to conduct a fraudulent transaction at the Safeway store located at 403

---

[1] The defendant stipulates that the gift, credit, and/or debit cards used by members of the scheme to make fraudulent purchases constituted "counterfeit access devices," as defined in Title 18, United States Code, Section 1029(e)(2).

Redlands Avenue in Rockville, Maryland. The transaction was for a $500 gift card. Co-Conspirator A was captured on video making this transaction; she used counterfeit access devices containing an additional 5 stolen credit card numbers at the same store, on this same date.

- On or about August 26, 2011, Co-Conspirator A used a counterfeit access device containing a stolen credit card account number ending in -0238 and belonging to Victim B, to conduct six fraudulent transactions at the Safeway store located at 403 Redlands Avenue in Rockville, Maryland. The transactions were for six different gift cards and amounted to over $2,500. Co-Conspirator A was captured on video making these transactions; she used counterfeit access devices containing an additional 17 stolen credit card numbers at the same store, on this same date.

- On or about August 31, 2011, Co-Conspirator A used a counterfeit access device containing a stolen credit card account number ending in -2116 and belonging to Victim C, to conduct a fraudulent transaction at the Safeway store located at 403 Redlands Avenue in Rockville. The transaction was for a $500 gift card. Co-Conspirator A was captured on video making this transaction; she used counterfeit access devices containing an additional 27 stolen credit card numbers at the same store, on this same date.

- On or about September 28, 2011, **Limnios** entered the Giant store located at 2900 University Boulevard West in Bethesda, Maryland. There, she presented a counterfeit access device containing a stolen credit card account number ending in -2711 and belonging to Victim D. **Limnios** conducted three successive purchases of gift cards containing approximately $500, for a total loss of approximately $1,500.

- On or about October 14, 2011, **Limnios** entered the Giant store located at 842 Muddy Branch Road in Gaithersburg, Maryland. There, she presented a counterfeit access device containing a stolen credit card account number ending in -2934 and belonging to Victim E. **Limnios** conducted back-to-back purchases of gift cards containing approximately $500, for a total loss of approximately $1,000.

- On or about January 9, 2012, **Limnios** entered the Safeway store located at 927 West 7th Street in Frederick, Maryland. There, she presented a counterfeit access device containing a stolen credit card account number ending in -2005 and belonging to Victim F. **Limnios** purchased a gift card containing approximately $400.

- Also on or about January 9, 2012, **Limnios** entered the Safeway store located at 9807 Main Street in Damascus, Maryland. There, she presented a counterfeit access device containing a stolen credit card account number ending in -1005 and belonging to Victim G. **Limnios** purchased a gift card containing approximately $400.

❑ On or about February 8, 2012, **Limnios** entered the Safeway store located at 815 East Main Street in Middletown, Maryland. There, she presented a counterfeit access device containing a stolen credit card account number ending in -1003 and belonging to Victim H. **Limnios** purchased a gift card containing approximately $300.

In addition, defendant **SANYA** stipulates that Co-Conspirator B, upon his direction, stole the access device information of approximately 94 individuals from a Starbucks coffee house located at 550 C Street, N.W., in the District of Columbia. Co-Conspirator B was an employee at Starbucks and, between at least September 2010 and November 2011, committed numerous acts of access device fraud. **SANYA** paid Co-Conspirator B approximately $10,000 for these stolen credit card numbers. Eventually, these stolen access devices were used by the conspirators at various Giant, Walmart, Safeway, and other stores in Maryland, Virginia, and the District of Columbia.

Defendant **SANYA** caused ~~several hundred~~ fraudulent purchases to be made using counterfeit access devices. Moreover, his unlawful actions impacted 250 or more victims. **SANYA** stipulates that he was an organizer or leader of criminal activity that involved five or more participants. Finally, Giant, Safeway, Walmart, Shopper's Food Warehouse, Starbucks, American Express and the various banks that issued other access devices all operate in interstate and foreign commerce, and the charged conspiracy thus affected interstate and foreign commerce.

I have read this statement of facts and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

6/28/2012
Date

Oluwaseun Sanya

3