IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-12-0379** |
| | * | |
| **OLUWASEUN SANYA,** | * | |
| | * | |
| Defendant | * | |
| | ******* | |

## ORDER OF FORFEITURE

1. The defendant, Oluwaseun Sanya, having been convicted by guilty plea of a violation of 18 U.S.C. § 1029(b)(2), it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

2. The Court has determined, based on the defendant's conviction on Count One of the Information and on the content of the plea agreement, as further amplified at the Rule 11 hearing and the sentencing hearing, that the following property and monies are subject to forfeiture pursuant to 18 U.S.C. § 1029(c) and § 982(a)(2)(B):

   a. a money judgment in the amount of $288,481.94, and

   b. one black Range Rover HSE (VIN: SALMF114X4A158426).

3. Upon the entry of this Order, the United States Attorney General (or a designee) is authorized to seize the forfeited property, whether held by the defendant or by a third party, and to conduct any discovery necessary in identifying, locating, or disposing of the property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

4. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

5. The United States shall publish notice of this Order in accordance with 21 U.S.C.

§ 853(n)(1).

6. This Order shall become a Final Order as to the defendant's interests at the time of sentencing.

7. The Clerk of the Court shall provide copies of this Order to all parties of record.

May 20, 2015
Date

Hon. Theodore D. Chuang
United States District Judge