FILED: June 14, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4306 (L)
(8:12-cr-00379-TDC-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

OLUWASEUN SANYA

  Defendant - Appellant

_____

No. 15-4574
(8:13-cr-00121-TDC-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

OLUWASEUN SANYA

  Defendant - Appellant

_____

JUDGMENT

_____

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK