FILED: July 6, 2016

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-4306 (L)
(8:12-cr-00379-TDC-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OLUWASEUN SANYA

Defendant - Appellant

_____

No. 15-4574
(8:13-cr-00121-TDC-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OLUWASEUN SANYA

Defendant - Appellant

———————————————

# M A N D A T E

———————————————

The judgment of this court, entered 6/14/2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*